*People* v. *Brown*, 151 App. Div. 940, appeal dismissed.
(Submitted April 14, 1913; decided April 22, 1913.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 14, 1912, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting defendants of the crime of gambling.
The motion was made upon the ground of failure to file the required return.

*Charles S. Whitman, District Attorney*, for motion.

No one opposed.

Motion granted and appeal dismissed.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JACOB LEVINE, Appellant.

*People* v. *Levine*, 140 App. Div. 910, appeal dismissed.
(Submitted April 14, 1913; decided April 22, 1913.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 28, 1910, which

affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of criminally receiving stolen goods.

The motion was made upon the ground of failure to file the required return.

*Charles S. Whitman, District Attorney,* for motion.

No one opposed.

Motion granted and appeal dismissed.